UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDREA PAYNE and ) <br> PRISCILLA JOHNSON, ) <br> ) <br>       Plaintiff, ) <br>   v. ) <br> ) <br> SGT. CRAIG LANDRUM #801, Individually, ) <br> and the CITY OF CHICAGO, ) <br> a Municipal Corporation, ) <br> ) <br>       Defendants. ) | Case No. 1:22-CV-2125 <br><br> Judge Mary M. Rowland <br><br><br> JURY DEMAND |

**FIRST AMENDED COMPLAINT AT LAW**

**NOW COME** the Plaintiffs, RANDREA PAYNE AND PRISCILLA JOHNSON, by and through their attorneys, Gregory E. Kulis & Associates, Ltd., and in support of their Complaint against the Defendants, SGT. CRAIG LANDRUM, individually, and the CITY OF CHICAGO, a municipal corporation, state as follows:

**COUNT I – UNLAWFUL SEARCH/SEIZURE**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiffs, RANDREA PAYNE and PRISCILLA JOHNSON, accomplished by acts and/or omissions of the Defendants, SGT. CRAIG LANDRUM, individually, and the CITY OF CHICAGO, a municipal corporation, committed under color of law.

2. This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343 as this matter involves issues of federal law.

3. The Plaintiffs, RANDREA PAYNE and PRISCILLA JOHNSON, are residents of the State of Illinois.

4. The Defendant, SGT. CRAIG LANDRUM, was at all times relevant to the allegations of the Complaint, a duly appointed police officer for the CITY OF CHICAGO and was acting within his scope of employment and under color of law.

5. On or about May 24, 2020, the Plaintiffs, RANDREA PAYNE and PRISCILLA JOHNSON, were in Plaintiff RANDREA PAYNE'S apartment at 11809 S Indiana Road, Chicago, Illinois.

6. Plaintiff RANDREA PAYNE had been a tenant and resident of the building for about six years.

7. The Plaintiffs were lawfully within the premises and were not committing any crimes or breaking any laws.

8. The Defendant, SGT. CRAIG LANDRUM, and several other Chicago Police Officers entered the Plaintiff's home.

9. Neither the Defendant, SGT. CRAIG LANDRUM, nor the other officers had a warrant or exigent circumstances to enter.

10. SGT. CRAIG LANDRUM had his gun drawn and pointed it at Plaintiffs, putting the Plaintiffs in fear for their safety and life.

11. The Plaintiffs did not have clothes on and were prevented by SGT. CRAIG LANDRUM to cover up.

12. Plaintiff, RANDREA PAYNE, complained about the manner of the search and unlawful entry of his home.

13. The Plaintiffs were held for approximately an hour.

14. The Defendant, after approximately an hour, released the Plaintiffs, and left the premises without lawful explanation of the intrusion.

15. There were no facts to support any probable cause to make an entry and seize the Plaintiffs.

16. The Defendant's actions constituted an unlawful search and seizure.

17. The actions of the Defendant were intentional and wanton.

18. As a result of the Defendant's actions, the Plaintiffs were wrongfully seized and their expectation of privacy violated.

19. The actions of the Defendant constituted a violation of the Plaintiffs RANDREA PAYNE and PRISCILLA JOHNSON's Fourth Amendment rights as protected by 42 U.S.C. § 1983.

20. As a result of the actions of the Defendants, the Plaintiffs, RANDREA PAYNE and PRISCILLA JOHNSON suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

WHEREFORE, the Plaintiffs, RANDREA PAYNE and PRISCILLA JOHNSON pray for judgment in their favor and against the Defendant, SGT. CRAIG LANDRUM, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

## COUNT II – EXCESSIVE FORCE

1-20. The Plaintiffs hereby reallege and incorporate their allegations of paragraphs 1-20 of Count I as their respective allegations of paragraphs 1-20 of Count II as though fully set forth herein.

21. The Defendant had no reason or basis to draw and point his weapon at Plaintiffs, putting them in fear for their lives.

22. The actions of drawing, displaying, and pointing his weapon at Plaintiffs constituted a violation of the Plaintiffs' Fourth Amendment rights.

23. The actions of the Defendant, SGT. CRAIG LANDRUM, were intentional and wanton.

24. The actions of the Defendant, SGT. CRAIG LANDRUM, constituted a violation of the Plaintiffs' Fourth Amendment rights as protected by 42 U.S.C. §1983.

25. As a result of the actions of the Defendant, SGT. CRAIG LANDRUM, the Plaintiffs, RANDREA PAYNE and PRISCILLA JOHNSON suffered fear, anxiety, pain and suffering, and emotional distress.

WHEREFORE, the Plaintiffs, RANDREA PAYNE and PRISCILLA JOHNSON pray for judgment in their favor and against the Defendant, SGT. CRAIG LANDRUM, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

## COUNT III – CITY OF CHICAGO/ INDEMNIFICATION

1-25. Plaintiffs hereby re-allege and incorporate their allegations of paragraphs 1-25 of Counts I & II as their respective allegations of paragraph 1-25 of Count III as though fully set forth herein.

26. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

21. Defendant, SGT. CRAIG LANDRUM, is or was an employee of the CITY OF CHICAGO and acted within the scope of his employment in committing the misconduct described herein.

4

WHEREFORE, should Defendant, SGT. CRAIG LANDRUM, be found liable for the acts alleged above, the Defendant CITY OF CHICAGO would be liable to pay the Plaintiffs any judgment obtained against said Defendant.

WHEREFORE, the Plaintiffs, RANDREA PAYNE and PRISCILLA JOHNSON pray for judgment against the Defendant CITY OF CHICAGO for reasonable compensatory damages plus attorney's fees and costs.

## JURY DEMAND

The Plaintiffs, RANDREA PAYNE and PRISCILLA JOHNSON hereby request a trial by jury.

Respectfully submitted,
RANDREA PAYNE
and PRISCILLA JOHNSON

By:  */s/ Gregory E. Kulis*
One of Plaintiff' Attorneys

Gregory E. Kulis (#6180966)
GREGORY E. KULIS & ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
p. (312) 580-1830 / f. (312) 580-1839
gkulis@kulislawltd.com
service@kulislawltd.com